**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No.  11-MJ-00133-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. APRIL NICOLE HAWLEY,**

**Defendant.**

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Government and the Defendant have agreed upon a date for the continuance of the Change of Plea Hearing which was vacated on December 2, 2011, therefore:

**IT IS HEREBY ORDERED** that the Change of Plea Hearing is **RESCHEDULED for January 3, 2011 at 3:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**IT IS FURTHER ORDERED** that Defendant's bond is continued to that date and time.

**DATED: December 5, 2011.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**