**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 11-MJ-00133-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. APRIL NICOLE HAWLEY,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received Defendant's Motion for Modification of Probation [Doc. #21] and the Government's Response to Defendant's Motion for Modification of Probation [Doc. #22], and

**IT IS HEREBY ORDERED** that the Probation Department and Defendant's attorney meet and consult about employment verification alternatives.

**DATED: May 11, 2012.**

         **BY THE COURT:**

         **s/David L. West**
         **United States Magistrate Judge**